SCREENING MEMORANDUM

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Terry Chapman,       
Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-321
Submitted March 19, 2004  Filed May 14, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart,
Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley 
 W. Elliott, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for 
 Respondent. 
 
 
 

PER CURIAM:  Terry Chapman was given one 
 ten-year and two fifteen-year sentences after pleading guilty to various charges 
 stemming a car accident that resulted in the deaths of two passengers in a car 
 Chapman was driving. Chapman now appeals, arguing that his plea was involuntary.  
 Counsel for Chapman attached to the final brief a petition to be relieved as 
 counsel. Chapman did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Chapmans 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 GOOLSBY, HOWARD, and BEATTY, JJ., concur.